IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC PROPERTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DARIEL EVANS,<br><br>Defendant. | Case No. 17-cv-06686-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS; REMANDING ACTION TO STATE COURT** |

Before the Court is Magistrate Judge Donna M. Ryu's Report and Recommendation, filed December 20, 2017, by which said Magistrate Judge recommends the Court deny defendant's application to proceed in forma pauperis and remand the above-titled action for lack of subject matter jurisdiction. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, defendant's application to proceed in forma pauperis is hereby DENIED, and the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: January 10, 2018

MAXINE M. CHESNEY
United States District Judge